IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDON K. THRASHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:20-cv-350-SDJ-KPJ |
| | § | |
| FORT WORTH POLICE DEPARTMENT, NORTHLAKE POLICE DEPARTMENT, and DENTON COUNTY SHERIFF'S OFFICE AND DEPARTMENT, | § § § § § § | |
| Defendants. | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 22, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #54) that Plaintiff Defendant Fort Worth Police Department's ("Fort Worth Police") Motion to Dismiss (the "Motion") (Dkt. #18) be granted.

The Report was mailed to Plaintiff Brandon K. Thrasher via certified mail on February 24, 2021. However, the United States Postal Service reports service was attempted twice—on February 27 and March 17, 2021—with no success. Local Rule CV-11(d) concerns changes of address:

> Notices will be sent only to an e-mail and/or mailing address on file. A *pro se* litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address.

LOCAL RULE CV-11(d).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Fort Worth Police's Motion (Dkt. #18) is hereby **GRANTED**, as Plaintiff has failed to state a claim upon which relief can be granted.

As there are no live defendants in this matter, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 24th day of March, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE